In the Matter of the Judicial Settlement of the Accounts of CLARENCE D. TAYLOR and Others, as Executors, etc., of WILLIAM PERRY TAYLOR, Deceased.— Decree affirmed, without costs of this appeal to any party. All concur. (The decree judicially settles the accounts of executors.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

HAZEL MAE DOHERTY, Respondent, v. THE ABRAHAMSON-BIGELOW COMPANY and HOLM LARSEN, Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $2,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concur, except Harris, J., who dissents and votes for affirmance, and Crosby, P. J., not voting. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.